The People *ex rel. v.* Young *et al.*    The People *ex rel. v.* Supervisors, etc.

## The People *ex rel.* Baldwin *v.* Young *et al.*

### (April Term, 1865.)

TRIAL OF ISSUES OF FACT *in the Supreme Court.* Where an issue of fact is formed in a proceeding in this court for a mandamus, if it be upon *nul tiel record,* it may be tried in this court; but, if it involves facts outside of the record, it must be sent to some other court of appropriate jurisdiction, where the issue can be tried by a jury, and the verdict certified back to this court.

This is upon petition for mandamus. Mr. B. F. PARKS, for the petitioner, suggested to the court that an issue of fact was made up, and inquired whether the issue would be tried in this court.

Per CURIAM : The issue of fact will not be tried in this court. If the issue were upon *nul tiel record,* then, as it would be tried by the record, the issue could be settled here. But, where the issue, as in this case, involves facts outside of the record, it must be sent to some Circuit Court, or other court of appropriate jurisdiction, where the issue can be tried by a jury, and the verdict certified back to us. It will be ordered accordingly.

Subsequently, on motion of the petitioner, leave was given him to withdraw his replication and demur to the return.

---

## The People *ex rel.* Prettyman *v.* Supervisors of Logan County.

### (September Term, 1867.)

ISSUES OF FACT IN SUPREME COURT — *on return to alternative mandamus — how tried.* Where issues of fact are formed upon a return to an alternative writ of mandamus, if the evidence is matter of record, the issues may be tried by this court; but if the evidence rests in parol, they will be sent to some Circuit Court or other court of appropriate jurisdiction, for trial by a jury.

THIS was an application to this court for a writ of mandamus. An alternative writ was awarded, and a return made thereto, whereupon

Mr. JOHN M. PALMER, for the respondents, inquired of the court in what mode the issues of fact would be tried, should any be made up on the return to the alternative writ.

Per CURIAM: The issues will be tried in the same manner as in other cases where issues of fact are formed in this court. If the evidence to be introduced is matter of record, the issues may be tried here; but if the evidence rests in parol, we will send the issues to some Circuit Court or other court of appropriate jurisdiction, there to be tried by a jury, and direct their verdict to be certified to this court.